### 2611. LITTLETON, administrator, v. CHARLESTON & WESTERN CAROLINA RAILWAY COMPANY.

POWELL, J. The evidence preponderates in favor of the verdict. A read-ing of the charge as a whole shows that it very fairly presented to the jury every theory of facts relied on by the plaintiff, and the law in re-lation thereto, and that even though there were minor verbal inaccura-cies, they were not such as to have prejudiced the plaintiff's case. No error in the admission or rejection of testimony appears. The judgment refusing a new trial is, therefore,             *Affirmed.*

DECIDED FEBRUARY 15, 1911.

Complaint; from city court of Richmond county—Judge W. F. Eve. March 18, 1910.

*Isaac S. Peebles Jr., T. F. Harrison,* for plaintiff.

*William K. Miller,* for defendant.